ELIZABETH N. BERGER et al., Respondents, v. PENNSYLVANIA RAILROAD COMPANY, Defendant, and PENNSYLVANIA-READING SEASHORE LINES, Appellant.—

Order unanimously affirmed, with $20 costs and disbursements. No opinion. Settle order on notice. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Shientag, JJ. [See *post*, p. 1007.]